IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 95-50393
Summary Calendar
_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

PHILLIP E. LAUB,

Defendant-Appellant.

- - - - - - - - - -
Appeal from the United States District Court
for the Western District of Texas
USDC No. P-94-CR-52-1
- - - - - - - - - -
August 28, 1996

Before DAVIS, EMILIO M. GARZA and STEWART, Circuit Judges.

PER CURIAM:[*]

Phillip E. Laub appeals his conviction of possession with intent to distribute and importation of marijuana. He contends solely that the evidence was insufficient to show that he knowingly carried marijuana in the vehicle he drove across the border. We have reviewed the record and the briefs of the parties and hold that the evidence was sufficient for a reasonable jury to find Laub guilty beyond a reasonable doubt.

_____

[*] Pursuant to Local Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in Local Rule 47.5.4.

See <u>United States v. Stephens</u>, 964 F.2d 424, 427 n.8 (5th Cir. 1992).

AFFIRMED.